## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Linda Powell,

       Plaintiff,                          Civil No. 08-2139 (RHK/JSM)

vs.                                      **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia & Upjohn
Company, LLC, a/k/a Pharmacia & Upjohn,
Inc., a/k/a Pharmacia & Upjohn LLC,

       Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 13, 2008

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge